Same case below, 429 Fed. Appx. 155.

**No. 11-6126. Fred Quinton Collins, Petitioner v. United States.**

565 U.S. 954, 132 S. Ct. 430, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7213.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 437 Fed. Appx. 760.

**No. 11-6132. Juan Ramirez, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7238.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 427 Fed. Appx. 294.

**No. 11-6133. Allen Smith, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 430, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7207.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 640 F.3d 580.

**No. 11-6134. Brian Pruitt, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 431, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7161.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6144. Christopher Custer, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 430, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7202.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-6145. Thomas Joseph Dalton, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7189.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 433 Fed. Appx. 164.

**No. 11-6146. Anthony Labron Davis, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7187.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 407 Fed. Appx. 32.

**No. 11-6148. John B. Burke, Petitioner v. United States.**

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 279, 2011 U.S. LEXIS 7208.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.